Ray SEBASTIAN *v.* STATE of Arkansas

05-114                                                    203 S.W.3d 637

Supreme Court of Arkansas
Opinion delivered February 17, 2005

*Brenda Stallings*, for appellant.

No response.

PER CURIAM. Appellant Ray Sebastian, by and through his attorney, has filed a motion for rule on clerk. His attorney, Brenda Stallings, states in the motion that the record was tendered late due to a mistake on her part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) *(per curiam)*.

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.